UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

June Schindler,   No. 3:24-cv-0008-jdp

    Plaintiff,

vs.

Best Egg, Inc.,
Upgrade, Inc., and,
Upstart Network, Inc.,

    Defendants.

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41, the above-entitled matter is hereby dismissed on its merits with prejudice, without costs or attorney fees to any party.

Dated: May 16, 2024

 s/ Eric Crandall
Eric L. Crandall, Esq.
**CRANDALL LAW FIRM, SC**
421 West Second Street
PO Box 27
New Richmond, WI 54017
715-243-9996
WisconsinConsumerLaw@frontier.com
Wis. Attorney Lic. No. 1001833

**Attorney for Plaintiff**

Dated: May 16, 2024

By: s/ Bryan Mette
Bryan Mette, Esq,
Irina Kaschcheyeva, Esq,
Foley & Lardner
150 E. Gilman Street
Suite 5000
Madison, WI 53703
608-258-4292
bmette@foley.com
ikashcheyeva@foley.com

**Attorneys for Defendant
Best Egg, Inc.**

| | |
|---|---|
| Dated: May 16, 2024 | By: s/ Nicole Strickler<br>Nicole M. Strickler, Esq.<br>Katherine M. Saldanha Olson, Esq.<br>Messer, Strickler Burnette, Ltd.<br>142 West Station Street<br>Barrington, IL<br>312-334-3469<br>Nstrickler@messerstrickler.com<br>Kolson@messerstrickler.com<br><br>**Attorneys for Defendant**<br>**Upgrade, Inc.** |
| Dated: May 16, 2024 | By: s/   James Morrisey<br>James J. Morrissey, Esq.<br>Ke Liu, Esq.<br>Pilgrim Christakis LLP<br>One South Dearborn Street<br>Suite 1420<br>Chicago, IL 60603<br>Ph. (312) 445-0488<br>Fax (312) 939-0983<br>jmorrissey@pilgrimchristakis.com<br>kliu@pilgrimchristakis.com<br><br>**Attorneys for Defendant**<br>**Upstart Network, Inc.** |